UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB 23 2021

Nathan Ochsner
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| AARON DWAIN WOOD | § | V-21-033 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 22, 2020, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

AARON DWAIN WOOD,

knowingly possessed one (1) firearm in and affecting interstate and foreign commerce, to wit;

a.) a SCCY Industries model CPX-2 9mm semi-automatic pistol bearing serial number 831104;

having previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year (a felony offense), and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as alleged in Count One of the Indictment, notice is given that the defendant,

AARON DWAIN WOOD,

shall forfeit to the United States any firearm used in commission of the offense, including, but not limited to, the following:

    a.) a SCCY Industries model CPX-2 9mm semi-automatic pistol bearing serial number 831104;

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney